# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DOUGLAS NELSON HERRERA GUILLEN,

Petitioner,

v.

FERETI SEMAIA, et al.,

Respondents.

Case No.:  26cv2509 DMS (VET)

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition in which they state they "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (Return at 2.) Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within seven (7) days of this Order. The parties are ordered to file a Joint Status Report within fourteen (14) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results of that hearing.

**IT IS SO ORDERED.**

Dated:  May 20, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv2509 DMS (VET)