# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Douglas Nelson Herrera Guillen

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-2509-DMS-VET

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted. All litigation in this matter has concluded. The case is hereby closed.

**Date:** 9/23/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J.Guerrero
J.Guerrero, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-2509-DMS-VET

v.

Fereti Semaia, Warden of the Imperial Regional Adult Detention Facility;
David Marin, Director of Los Angeles Field Office, U.S. Immigration and Customs Enforcement;
Kristi Noem, Secretary of the U.S. Department of Homeland Security;
Pam Bondi, Attorney General of the United States,

Respondents